**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

JOSEPH PAVONE and PAMELA LANG,

     *Plaintiffs*,

  v.

AMERICAN CONTRACT SYSTEMS,
INC. and OWENS & MINOR, INC.,

     *Defendants*.

No.: 2:24-cv-01054-JLB-NPM

## DEFENDANTS' DESIGNATION OF LEAD COUNSEL

Defendants American Contract Systems, Inc. and Owens & Minor, Inc. in accordance with Local Rule 2.02(a), hereby designate Robert E. Johnston of HOLLINGSWORTH LLP, as Lead Counsel in this action.

Date:  December 19, 2024

Robert E. Johnston (*pro hac vice*) (anticipated)
  *Lead Counsel*
William J. Cople III (*pro hac vice*) (anticipated)
Andrew L. Reissaus (*pro hac vice*) (anticipated)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, DC 20005
Telephone:  (202) 898-5800
rjohnston@hollingsworthllp.com
wcople@hollingsworthllp.com
areissaus@hollingsworthllp.com

*Attorneys for Defendants*

Respectfully submitted,

/s/ Michael J. Thomas
Michael J. Thomas
  *Local Counsel*
PENNINGTON LAW
215 South Monroe Street
Suite 200
Tallahassee, FL 32301
Telephone:  (850) 222-3533
mike@penningtonlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which provided electronic service upon all counsel of record.

/s/ Michael J. Thomas
Michael J. Thomas
PENNINGTON LAW
215 South Monroe Street, Suite 200
Tallahassee, FL 32301
Telephone:  (850) 222-3533
mike@penningtonlaw.com

2