United States District Court
Middle District of Florida
Ft. Myers Division

**JOSEPH PAVONE and PAMELA LANG,**

      *Plaintiffs,*

**v.**                                             **NO. 2:24-CV-01054-JLB-NPM**

**AMERICAN CONTRACT SYSTEMS, INC. and OWENS & MINOR, INC.,**

      *Defendants.*

---

## Unopposed Motion for Special Admission

Andrew L. Reissaus, Esquire, moves for special admission to represent defendants in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, District of Columbia Court of Appeals.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida: None.

1

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I have previously registered with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Andrew L. Reissaus

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party consents to my special admission.

Date:  December 19, 2024                                    Respectfully submitted,

Andrew L. Reissaus (*pro hac vice*) (anticipated)          /s/ Michael J. Thomas
HOLLINGSWORTH LLP                                          Michael J. Thomas
1350 I Street, NW                                              *Local Counsel*
Washington, DC 20005                                       PENNINGTON LAW
Telephone:  (202) 898-5800                                 215 South Monroe Street
areissaus@hollingsworthllp.com                             Suite 200
                                                           Tallahassee, FL 32301
                                                           Telephone:  (850) 222-3533
*Attorneys for Defendants*                                 mike@penningtonlaw.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which provided electronic service upon all counsel of record.

/s/ Michael J. Thomas
Michael J. Thomas
PENNINGTON LAW
215 South Monroe Street, Suite 200
Tallahassee, FL 32301
Telephone:  (850) 222-3533
mike@penningtonlaw.com

3