UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**JOSEPH PAVONE**, et ano.,

 Plaintiffs,

v.                  2:24-cv-1054-JLB-NPM

**AMERICAN CONTRACT SYSTEMS, INC.**,
et ano.,

 Defendants.

---

**ORDER**

On February 13, 2025, the court held a Rule 16(a) conference. At the conference, the parties jointly requested that the court enter a Rule 502(d) order. As set forth below, the oral motion is granted.

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

Accordingly, the Oral Joint Motion for Entry of a 502(d) Order is **GRANTED**.

ORDERED on February 14, 2025

_____
NICHOLAS P. MIZELL
United States Magistrate Judge